UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CR 06-02-03 T |
| | : | |
| PETER J. SANGERMANO, JR. | : | |

**ORDER**

I hereby recuse myself from participation in this case.

ENTER:

David L. Martin
United States Magistrate Judge
January 10, 2006

BY ORDER:

Deputy Clerk