AO 458 (Rev. 10/95) Appearance

# United States District Court
## *District of Rhode Island*

USA

v.

PETER SANGERMANO

APPEARANCE

CASE NUMBER: CR 06-002-ST

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for PETER SANGERMANO

I certify that I am admitted to practice in this court.

1-12-05
*Date*

[signature]
*Signature*

Thomas G. Briody 4427
*Print Name* *Bar Number*

72 Pine St. Prov. RI
*Address*

02903
*City* *State* *Zip Code*

401-751-5151 331-7454
*Phone Number* *Fax Number*

SCANNED

was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.