UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| VS. | : | CR 06-02-01-T |
| | : | |
| ROBERT A. URCIUOLI, | : | |
| FRANCES P. DRISCOLL, | : | |
| PETER J. SANGERMANO, JR., and | : | |
| ROGER WILLIAMS MEDICAL CENTER | : | |

**JOINT ASSENTED TO MOTION SUBMITTED ON BEHALF OF DEFENDANTS ROBERT A. URCIUOLI, PETER J. SANGERMANO AND FRANCES P. DRISCOLL TO ENLARGE TIME**

Pursuant to Fed. R. Civ. P. 6(b), Defendants Robert A. Urciuoli ("Urciuoli"), Peter J. Sangermano ("Sangermano"), and Frances P. Driscoll ("Driscoll") hereby move the Court for an Order enlarging the time allowed to comply with the pretrial discovery deadlines that the Court originally outlined in the Arraignment and Pretrial Discovery Order dated January 12, 2006. In support of this Motion, Urciuoli, Sangermano, and Driscoll state as follows:

1. On January 5, 2006, a federal grand jury indicted defendants Urciuoli, Sangermano, and Driscoll in connection with the above-referenced matter.

2. On January 12, 2006, this Court arraigned defendants Urciuoli, Sangermano, and Driscoll pursuant to Rule 10 of the Federal Rules of Criminal Procedure, and they entered pleas of not guilty.

3. On January 12, 2006, the Court issued an Arraignment and Pretrial Discovery Order, setting forth various pretrial deadlines with respect to pretrial discovery and pretrial conferences.

4. This is the first enlargement of time that the parties have requested.

5. The United States required more time (until February 10, 2006) to produce its discovery to the Defendants than the Local Rules and the existing Arraignment and Pretrial Discovery Order allowed.

6. This is a complex case, involving a significant number of documents, a lengthy period of time covered by the indictment, and complicated facts.

7. Defendants Urciuoli, Sangermano, and Driscoll are willing to waive their rights under the Speedy Trial Act, and any additional time requested by virtue of this Motion shall constitute "excludable time" for purposes of the Speedy Trial Act. 18 U.S.C. § 3161(h)(1)(F).

8. The United States, by its Assistant U.S. Attorneys Luis M. Matos and Dulce Donovan, assents to this Motion.

9. Defendants Urciuoli, Sangermano, and Driscoll submit that due to the nature of the relief requested, as well as the United States' assent to the same, a memorandum of law is not necessary for the Court to rule on this Motion.

WHEREFORE, Defendants Urciuoli, Sangermano, and Driscoll respectfully request that the Court enter an Order:

A. Granting this Motion to Enlarge the original pretrial deadlines as follows:

1.) **January 20, 2006** - Deadline for Attorneys to meet and provide each other with written requests for disclosure of material and information pursuant to Rule 16(a) and (b).

2.) **February 10, 2006** – The United States shall disclose all information that it is required to produce pursuant to the the Court's Pre-Trial Discovery Order.

3.) **March 22, 2006** – All pretrial motions, including evidentiary and dispositive motions, shall be filed on or before the close of business on this date.

4.) **April 14, 2006** – All responses and/or oppositions to any pretrial motions shall be filed on or before the close of business on this date.

5.) **Pretrial Conference** – The Pretrial Conference, in Chambers, before Magistrate Lovegreen, Room 521, One Exchange Terrace, Federal Building and Courthouse, shall take place two (2) weeks after the United States has responded to the Defendants' motions.

6.) **Trial** – A trial date shall be set within a reasonable time thereafter.

and

B. Granting such other relief as is just and proper.

Respectfully submitted,

ROBERT A. URCIUOLI,

By his attorneys,

Robert G. Flanders, Jr.

Kristie M. Passalacqua

Robert G. Flanders, Jr., Esq.
Michael J. Connolly, Esq.
Kristie M. Passalacqua, Esq.
Hinckley, Allen & Snyder LLP
1500 Fleet Center
Providence, Rhode Island 02903
Telephone: (401) 274-2000
Facsimile: (401) 277-9600

PETER J. SANGERMANO,

By his attorney,

Thomas Briody /KMP
Thomas G. Briody, Esq.
Law Office of Thomas G. Briody
72 Pine Street, First Floor
Providence, RI 02903
Telephone: (401) 751-5151
Facsimile: (401) 331-7454

FRANCES P. DRISCOLL,

By her attorney,

Kevin Bristow /KMP
Kevin J. Bristow, Esq.
1309 Turks Head Bldg.
Providence, RI 02903
Telephone: (401) 521-2800
Facsimile: (401) 521-2812

Dated: February 13, 2006

**CERTIFICATION**

I certify that I caused a copy of the within Motion to Enlarge Time to be mailed on February 13, 2006 to counsel of record, as stated below:

Robert Clark Corrente
United States Attorney
United States Attorney's Office - District of Rhode Island
50 Kennedy Plaza, 8th Floor
Providence, RI 02903

Gerard B. Sullivan
Criminal Chief
United States Attorney's Office - District of Rhode Island
50 Kennedy Plaza, 8th Floor
Providence, RI 02903

Luis M. Matos
Assistant U.S. Attorney
United States Attorney's Office - District of Rhode Island
50 Kennedy Plaza, 8th Floor
Providence, RI 02903

Dulce Donovan
Assistant U.S. Attorney
United States Attorney's Office - District of Rhode Island
50 Kennedy Plaza, 8th Floor
Providence, RI 02903

William P. Devereaux (Counsel for Roger Williams Medical Center)
Holland & Knight LLP
One Financial Plaza, Suite 1800
Providence, RI 02903

Kristie M. Passalaqua