AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

## DISTRICT OF RHODE ISLAND

United States

V.

Peter Sangermano

**APPEARANCE**

Case Number: Cr. 06-02-03T

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Peter Sangermano

I certify that I am admitted to practice in this court.

2/21/2006

Date

Signature

James P. Redding

Print Name

(RI - 2976)

Bar Number

Greenberg Traurig, LLP, One International Place

Address

Boston MA 02110

City State Zip Code

(617) 310-6000

Phone Number

(617) 310-6001

Fax Number