# CONSULTING AGREEMENT

The Management of the Village at Elmhurst wishes to engage you, John Celona (the "Consultant") to provide the following services on behalf of the Village of Elmhurst, and Elmhurst Extended Care ("Elmhurst").

Consulting Responsibilities

<u>Objective</u>: To heighten awareness among seniors (the elderly) of the greater Providence community as to the programs and services available at the Village at Elmhurst and at Elmhurst.

<u>Responsibilities</u>:

- Become knowledgeable with all aspects of the quality of care provided by Elmhurst and the Village.
- Identify new programs and services that would strengthen the care of the elderly from the communities.
- Identify surrounding communities in which the medical needs of the elderly are not being met, and develop a plan of action that would increase a presence within that community.
- Survey representative samples of the elderly population to determine what unmet needs exists in that population, and identify area physicians whose medical practice includes a high number of elderly patients.
- Develop and implement a plan designed to:

    i. Educate area senior citizens as to the programs and services currently offered.

    ii. Educate area physicians and their staff as to the programs and services offered.

    iii. Keep the name of the Village at Elmhurst and Elmhurst in front of the senior citizens from the surrounding communities.

    iv. Expose the services and programs offered by the Village at Elmhurst at Elmhurst to new affiliated service areas.

- Be a representative of the Village at Elmhurst and Elmhurst to area senior citizens' organizations and programs.
- Keep abreast of legislative issues and regulations at the local, state and federal levels that impact or could impact the Village delivery of care with particular emphasis on efforts to regulate or license assisted living facilities.

**Terms**

The Village at Elmhurst agrees to compensate at a rate of $700 per week for the period of one year. The contract may be cancelled on one month's notice by either party for any reason. The parties may extend the term of this agreement for additional one year periods upon mutually satisfactory terms.

**Conditions**

Given your position as a Rhode Island state senator, there will be situations in which your performance hereunder will conflict with your responsibilities as a senator. It is essential to delineate what areas of conflict may develop. Accordingly, counsel to RWMC will assist you with preparing and submitting a request for an advisory opinion from the Rhode Island Ethics Commission. You agree to cooperate fully with such efforts and consent to this agreement being attached to such request.

Management also understands that your position in the Rhode Island Senate will require you to devote a significant portion of your day to Senate business. Management acknowledges this obligation, but believes, given your professionalism, that the objectives of this agreement can be accomplished nonetheless.

Additionally, the Village will not be able to provide you with an office, consequently, we request that you establish an office in your home as necessary to satisfy the terms of this agreement.

VILLAGE AT ELMHURST

Date: 2-1-98 By: ____________
Peter J. Sangermano

I have read and understand the above consulting proposal and agree to the conditions and responsibilities set forth therein and I accept the proposal.

Date: 2-1-98 By: John A Celona
John Celona