**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| **v.** | ) | **CRIMINAL NO. 06-02-01-T** |
| **ROBERT A. URCIUOLI, FRANCES P. DRISCOLL, PETER J. SANGERMANO, JR., and ROGER WILLIAMS MEDICAL CENTER** | ) | |

**ASSENTED-TO MOTION OF DEFENDANT PETER J. SANGERMANO, JR. FOR MODIFICATION OF ORDER SETTING CONDITIONS OF RELEASE**

Defendant Peter J. Sangermano ("Mr. Sangermano") hereby respectfully requests that this Court modify its Order Setting Conditions of Release so as to allow Mr. Sangermano to travel within the continental United States without prior court approval. In support of this Motion, Mr. Sangermano states as follows:

1. Undersigned counsel spoke with Assistant U. S. Attorney Luis M. Matos on April 3, 2006 and U.S. Pretrial Probation Officer, Charlene Tryhubczak, on April 18, 2006, each of whom has assented to this Motion.

2. On January 12, 2006, this Court entered its Order Setting Conditions of Release which allowed, among other things, Mr. Sangermano to travel within Rhode Island, Southern Florida, Massachusetts and New Hampshire (collectively, the "Approved States"). Mr. Sangermano's travel to destinations outside of the Approved States requires the prior approval of U.S. Pretrial Probation and the Court.

3. Mr. Sangermano's lead counsel, A. John Pappalardo, is required to travel frequently and extensively throughout the United States in connection with professional matters,

and it is anticipated that this pattern will continue through the time leading up to and preparation for the trial of the above captioned matter.

4. In order to facilitate the preparation of Mr. Sangermano's defense, the requested modification is sought so that Mr. Sangermano may travel within the continental United States to meet and confer with counsel, as the latter's schedule permits, outside of the Approved States.

5. If the relief requested by this Motion is granted, Mr. Sangermano will check in with Pretrial Probation both prior and subsequent to his travel. Mr. Sangermano will also provide Pretrial Probation with his contact information while traveling.

6. The Government's agreement with Mr. Sangermano's counsel's assessment that he poses no risk of flight, and the fact that Mr. Sangermano's passport has been surrendered, provide further support for allowance of the requested modification.

WHEREFORE, Mr. Sangermano respectfully requests that this Court modify its Order Setting Conditions of Release to allow him to travel within the continental United States without the prior approval of Pretrial Probation.

Respectfully submitted,

PETER J. SANGERMANO,
By his attorneys,

James P. Redding
A. John Pappalardo
Greenberg Traurig LLP
One International Place
Boston, MA 02110
(617) 310-6000
reddingj@gtlaw.com
pappalardoj@gtlaw.com

Dated: April 18, 2006

# CERTIFICATION

I certify that I caused a copy of the within Defendant Peter J. Sangermano, Jr.'s Assented-to Motion for Modifications of Order Setting Conditions of Release to be mailed on April 19, 2006 to counsel of record, as stated below:

Robert Clark Corrente
United States Attorney
United States Attorney's Office - District of Rhode Island
50 Kennedy Plaza, 8th Floor
Providence, RI 02903

Gerard B. Sullivan
Criminal Chief
United States Attorney's Office - District of Rhode Island
50 Kennedy Plaza, 8th Floor
Providence, RI 02903

Luis M. Matos
Assistant U.S. Attorney
United States Attorney's Office - District of Rhode Island
50 Kennedy Plaza, 8th Floor
Providence, RI 02903

Dulce Donovan
Assistant U.S. Attorney
United States Attorney's Office - District of Rhode Island
50 Kennedy Plaza, 8th Floor
Providence, RI 02903

William P. Devereaux (Counsel for Roger Williams Medical Center)
Holland & Knight LLP
One Financial Plaza, Suite 1800
Providence, RI 02903

Thomas Frongillo (Counsel for Roger Williams Medical Center)
Weil Gotshal & Manges LLP
100 Federal Street
Floor 34
Boston, MA 02110

Kevin J. Bristow (Counsel for Frances P. Driscoll)
505 Turks Head Building
Providence, RI 02903

Robert G. Flanders, Jr. (Counsel for Robert A. Urciuoli)
Hinckley, Allen & Snyder LLP
1500 Fleet Center
Providence, RI 02903

Kristie M. Passalacqua (Counsel for Robert A. Urciuoli)
Hinckley, Allen & Snyder LLP
1500 Fleet Center
Providence, RI 02903

Michael J. Connolly (Counsel for Robert A. Urciuoli)
Hinckley, Allen & Snyder LLP
28 State Street
2nd Floor
Boston, MA 02109

Richard M. Egbert (Counsel for Robert A. Urciuoli)
99 Summer Street
Suite 1800
Boston, MA 02110

James P. Redding

#188109