UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| **v.** | : | **CR 06-02-3T** |
| | : | |
| **ROBERT A. URCIUOLI,** | : | |
| **FRANCES P. DRISCOLL, and** | : | |
| **PETER SANGERMANO, JR.,** | : | |

**UNITED STATES' MOTION FOR EXTENSION OF TIME**

The United States respectfully requests additional time to respond to Defendants Peter Sangermano's and Frances Driscoll's Motions for Severance and avers the following in support thereof:

1. On April 7, 2006, Defendants Peter Sangermano and Frances Driscoll filed Motions for Severance. The United States' responses to those motions is due to be filed on April 26, 2006.

2. On April 19, 2006, at an in chambers conference addressing Defendant Driscoll's motion to file under seal certain exhibits in support of her motion to sever, counsel for Defendant Driscoll expressed his intention to refile the severance motion. To date, Defendant Driscoll's original motion to sever is the only motion of record.

3. In order to avoid the possibility of having to file two separate responses to Driscoll's motions, but recognizing that the basic substance of Driscoll's original motion is unlikely to change, the United States respectfully requests that it be permitted to file only one response to Driscoll's motion to sever seven (7) days from the date on which she refiles her motion.

4. Because the legal arguments contained in Defendants Driscoll's and Sangermano's motions are substantially similar, the United States also requests that it be permitted to respond to Defendant Sangermano's Motion for Severance seven (7) days from the date on which Driscoll refiles her motion.

5. Undersigned counsel states that she contacted counsel for both Defendant Sangermano and counsel for Defendant Driscoll and neither objects to the instant motion.

Wherefore, the United States respectfully requests that it be permitted to file its responses to Defendants Sangermano's and Driscoll's Motions for Severance seven (7) days from the date on which Defendant Driscoll refiles her motion.

Respectfully submitted,

ROBERT CLARK CORRENTE
UNITED STATES ATTORNEY

Dated: April 25, 2006

LUIS M. MATOS
DULCE DONOVAN
Assistant U.S. Attorneys

GRANTED

Ernest C. Torres
Chief, US District Judge

5/3/06

**CERTIFICATE OF SERVICE**

I hereby certify that on this 25th day of April, 2006, I caused to be sent by first class regular mail a true copy of the within United States' Motion for Extension of Time to:

Richard M. Egbert, Esq.
99 Summer Street
Suite 1800
Boston, MA 02110

Kevin J. Bristow, Esq.
501 Turks Head Building
Providence, RI 02903

John A. Pappolardo, Esq.
James P. Redding, Esq.
Greenburg Traurig LLP
One International Place
Boston, MA 02110

Michael J. Connolly
Hinckley Allen Snyder LLP
28 State Street
Boston, MA 02109

K Anderson