IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

vs. CR 06-02T

PETER SANGERMANO

## MOTION TO WITHDRAW APPEARANCE

Now comes Thomas G. Briody, counsel for Peter Sangermano, and moves to withdraw his appearance as counsel in the matter captioned above. As grounds for this motion, counsel avers and states as follows:

1. The undersigned counsel entered his appearance in this matter on January 12, 2006, the date of Mr. Sangermano's arraignment;
2. On February 22, James Redding entered an appearance as counsel, and filed a motion for *pro hac vice* admission of John Pappalardo, Esq.;
3. On March 21, this court granted that motion.

For all these reasons, the undersigned counsel asks that this motion be granted.

GRANTED

Ernest C. Torres
Chief, US District Judge

Thomas G. Briody
R.I. Bar no. #4427
72 Pine Street
Providence, RI 02903
(401) 751-5151
(401) 331-7454 (facsimile)

## CERTIFICATION

The undersigned certifies that on this 4th of ~~March~~ April, 2006, I delivered a true copy of this motion by facsimile/first class mail to Lou Matos, Assistant United States Attorney, Fleet Center, Providence, RI 02903.