UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| v. | ) | CRIMINAL NO. 06-02-01-T |
| ROBERT A. URCIUOLI, FRANCES P. DRISCOLL, PETER J. SANGERMANO, JR., and ROGER WILLIAMS MEDICAL CENTER | ) | |

**ASSENTED-TO MOTION OF DEFENDANT PETER J. SANGERMANO, JR. FOR EXTENSION OF TIME IN WHICH TO FILE DISCOVERY MOTIONS**

Defendant Peter J. Sangermano ("Mr. Sangermano") hereby respectfully requests that this Court modify its Order of March 23, 2006, to extend by two weeks the time in which Mr. Sangermano may file discovery motions from May 8 to May 22, 2006. In support of this Motion, Mr. Sangermano states as follows:

1. Counsel for Mr. Sangermano spoke with Assistant U. S. Attorney Luis M. Matos on May 4, 2006, and he has assented to the extension sought by this Motion.

2. A number of discovery issues remain outstanding which counsel for Mr. Sangermano hopes to take up with the government and, where possible, resolve by agreement rather than through motion practice.

3. The limited extension sought of two weeks is a slight and reasonable one, and will not adversely impact either the timeliness or efficiency of the trial in this matter, especially in view of the fact that the June trial date on which the May 8 deadline was predicated has been continued to September 2006.

WHEREFORE, Mr. Sangermano respectfully requests that this Court modify its Order of March 23, 2006 to extend the time in which to file discovery motions from May 8, 2006 to on or before May 22, 2006

Respectfully submitted,

PETER J. SANGERMANO,
By his attorneys,

James P. Redding
A. John Pappalardo
Greenberg Traurig LLP
One International Place
Boston, MA 02110
(617) 310-6000
reddingj@gtlaw.com
pappalardoj@gtlaw.com

Dated: May 5, 2006

**CERTIFICATION**

I certify that I caused a copy of the within Defendant Peter J. Sangermano, Jr.'s Assented-to Motion for Extension of Time in Which to File Discovery Motions to be mailed on May 5, 2006 to counsel of record, as stated below:

Robert Clark Corrente
United States Attorney
United States Attorney's Office - District of Rhode Island
50 Kennedy Plaza, 8th Floor
Providence, RI 02903

Gerard B. Sullivan
Criminal Chief
United States Attorney's Office - District of Rhode Island
50 Kennedy Plaza, 8th Floor
Providence, RI 02903

Luis M. Matos
Assistant U.S. Attorney
United States Attorney's Office - District of Rhode Island
50 Kennedy Plaza, 8th Floor
Providence, RI 02903

Dulce Donovan
Assistant U.S. Attorney
United States Attorney's Office - District of Rhode Island
50 Kennedy Plaza, 8th Floor
Providence, RI 02903

William P. Devereaux (Counsel for Roger Williams Medical Center)
Holland & Knight LLP
One Financial Plaza, Suite 1800
Providence, RI 02903

Thomas Frongillo (Counsel for Roger Williams Medical Center)
Weil Gotshal & Manges LLP
100 Federal Street
Floor 34
Boston, MA 02110

Kevin J. Bristow (Counsel for Frances P. Driscoll)
505 Turks Head Building
Providence, RI 02903

Robert G. Flanders, Jr. (Counsel for Robert A. Urciuoli)
Hinckley, Allen & Snyder LLP
1500 Fleet Center
Providence, RI 02903

Kristie M. Passalacqua (Counsel for Robert A. Urciuoli)
Hinckley, Allen & Snyder LLP
1500 Fleet Center
Providence, RI 02903

Michael J. Connolly (Counsel for Robert A. Urciuoli)
Hinckley, Allen & Snyder LLP
28 State Street
2nd Floor
Boston, MA 02109

Richard M. Egbert (Counsel for Robert A. Urciuoli)
99 Summer Street
Suite 1800
Boston, MA 02110

James P. Redding

#189934