**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

UNITED STATES OF AMERICA

v. Cr. No. 06-02-03T

PETER J. SANGERMANO, JR.

**ORDER DENYING MOTION TO MODIFY CONDITIONS OF RELEASE**

Defendant Peter J. Sangermano, Jr.'s motion for modification of this Court's Order Setting Conditions of Release is hereby DENIED. Sangermano already has permission to travel within and among Rhode Island, Florida, Massachusetts, and New Hampshire. Should it become necessary for him to travel to a specific location outside of those four states to meet with his attorneys, he may file a motion with the Court for permission to do so.

By Order:

Deputy Clerk

ENTER:

Ernest C. Torres
Ernest C. Torres,
Chief Judge

Date: 5/15/06