**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| **v.** | : | **CR 06-02T** |
| | : | |
| **ROBERT A. URCIUOLI,** | : | |
| **FRANCES P. DRISCOLL, and** | : | |
| **PETER SANGERMANO, JR.,** | : | |

# UNITED STATES' PRELIMINARY JURY STATEMENT

Respectfully submitted,

UNITED STATES OF AMERICA
By its Attorneys,

ROBERT C. CORRENTE
United States Attorney

/s/ LUIS M. MATOS
LUIS M. MATOS
Assistant U.S. Attorney
Chief, Criminal Division

/s/ DULCE DONOVAN
DULCE DONOVAN
Assistant U.S. Attorney

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| **v.** | : | **CR 06-02T** |
| | : | |
| **ROBERT A. URCIUOLI,** | : | |
| **FRANCES P. DRISCOLL, and** | : | |
| **PETER SANGERMANO, JR.,** | : | |

**CERTIFICATE OF SERVICE**

I hereby certify that on this 30th day of August, 2006, I caused the United States' Preliminary Jury Statement to be filed electronically and it is available for viewing and downloading from the ECF system.

Electronic notification:

Richard M. Egbert, Esq.
99 Summer Street
Suite 1800
Boston, MA 02110

John A. Pappolardo, Esq.
James P. Redding, Esq.
Greenburg Traurig LLP
One International Place
Boston, MA 02110

Michael J. Connolly
Kristie Passalacqua, Esq.
Hinckley Allen Snyder LLP
28 State Street
Boston, MA 02109

Notification by first class mail, postage prepaid:

Kevin J. Bristow, Esq.
501 Turks Head Building
Providence, RI 02903

/S/ DULCE DONOVAN
DULCE DONOVAN
ASSISTANT U.S. ATTORNEY

COUNT I OF THE INDICTMENT IN THIS CASE ALLEGES THAT DEFENDANTS ROBERT URCIUOLI, FRANCES DRISCOLL, AND PETER SANGERMANO ENGAGED IN A CONSPIRACY TO COMMIT MAIL FRAUD. THE INDICTMENT ALSO CONTAINS ALLEGATIONS THAT THE DEFENDANTS COMMITTED MAIL FRAUD.

IN ESSENCE A CONSPIRACY EXISTS WHEN TWO OR MORE PERSONS AGREE TO VIOLATE THE LAW. IN THIS CASE, THE ALLEGATION IS THAT THE DEFENDANTS AGREED TO COMMIT MAIL FRAUD. IN ORDER TO FIND THE DEFENDANTS GUILTY OF CONSPIRACY, THE EVIDENCE MUST SHOW THAT EACH MEMBER IN SOME WAY CAME TO A MUTUAL UNDERSTANDING TO TRY AND ACCOMPLISH THEIR COMMON UNLAWFUL PURPOSE AND THAT THEY DID SO KNOWINGLY, WILLFULLY AND INTENTIONALLY.[1]

MORE SPECIFICALLY, FOR YOU TO FIND A DEFENDANT GUILTY OF CONSPIRACY, YOU MUST BE CONVINCED THAT THE GOVERNMENT HAS PROVEN BEYOND A REASONABLE DOUBT THE FOLLOWING ELEMENTS:

FIRST, THAT THE AGREEMENT SPECIFIED IN THE INDICTMENT, AND NOT SOME OTHER AGREEMENT OR AGREEMENTS, EXISTED BETWEEN AT LEAST TWO PEOPLE TO COMMIT MAIL FRAUD;

SECOND, THAT THE DEFENDANT WILLFULLY JOINED IN THAT AGREEMENT; AND

THIRD, THAT ONE OF THE CONSPIRATORS COMMITTED AN OVERT ACT

---

[1] Pinkerton v. United States, 328 U.S. 640 (1946); Pettibone v. United States, 148 U.S. 197, 203 (1893); United States v. Rengifo, 858 F.2d 800, 807-08 (1st Cir. 1988); United States v. Winter, 663 F.2d 1120, 1136 (1st Cir. 1981).

DURING THE PERIOD OF THE CONSPIRACY IN AN EFFORT TO FURTHER THE PURPOSE OF THE CONSPIRACY.[2]

COUNT 2 CHARGES DEFENDANT FRANCES DRISCOLL WITH MAIL FRAUD IN VIOLATION OF 18 U.S.C. §§ 1341 AND 1346. COUNTS 3-38 CHARGE DEFENDANTS ROBERT URCIUOLI AND PETER SANGERMANO WITH WIRE FRAUD IN VIOLATION OF 18 U.S.C. §§ 1341 AND 1346.

TITLE 18 UNITED STATES CODE SECTION 1341 PROVIDES, IN PART, THAT:

> WHOEVER, HAVING DEVISED OR INTENDING TO DEVISE ANY SCHEME OR ARTIFICE TO DEFRAUD, OR FOR OBTAINING MONEY OR PROPERTY BY MEANS OF FALSE OR FRAUDULENT PRETENSES, REPRESENTATIONS, OR PROMISES . . . FOR THE PURPOSE OF EXECUTING SUCH SCHEME OR ARTIFICE OR ATTEMPTING SO TO DO, PLACES IN ANY POST OFFICE OR AUTHORIZED DEPOSITORY FOR MAIL MATTER, ANY MATTER OR THING WHATEVER TO BE SENT OR DELIVERED BY THE POSTAL SERVICE . . . OR KNOWINGLY CAUSES TO BE DELIVERED BY MAIL . . . ANY SUCH MATTER OR THING . . . .

SHALL BE GUILTY OF AN OFFENSE AGAINST THE UNITED STATES.

FOR YOU TO FIND A DEFENDANT GUILTY OF MAIL FRAUD, YOU MUST BE CONVINCED THAT THE GOVERNMENT HAS PROVEN BEYOND A REASONABLE DOUBT EACH OF THE FOLLOWING ELEMENTS:

FIRST, A SCHEME, SUBSTANTIALLY AS CHARGED IN THE INDICTMENT, TO DEFRAUD.

SECOND, THAT THE DEFENDANT KNOWINGLY AND WILLFULLY PARTICIPATED IN THIS SCHEME WITH THE INTENT TO DEFRAUD; AND

---

[2] First Circuit Pattern Jury Instructions, § 4.18.371(1).

THIRD, THE USE OF THE UNITED STATES MAIL, ON OR ABOUT THE DATE CHARGED, IN FURTHERANCE OF THIS SCHEME.[3]

A SCHEME INCLUDES ANY PLAN, PATTERN OR COURSE OF ACTION. THE TERM "DEFRAUD" MEANS TO DEPRIVE ANOTHER OF SOMETHING OF VALUE BY MEANS OF DECEPTION OR CHEATING. A SCHEME TO DEFRAUD IS ORDINARILY ACCOMPANIED BY A DESIRE OR PURPOSE TO BRING ABOUT SOME GAIN OR BENEFIT TO ONSELF OR SOME OTHER PERSON OR BY A DESIRE OR PURPOSE TO CAUSE SOME LOSS TO SOME PERSON. TITLE 18 UNITED STATES CODE SECTION 1346 PROVIDES THAT THE TERM "SCHEME OR ARTIFICE TO DEFRAUD" INCLUDES A SCHEME OR ARTIFICE TO DEPRIVE THE PUBLIC OF THE INTANGIBLE RIGHT OF HONEST SERVICES. THIS INTANGIBLE RIGHT OF HONEST SERVICES INCLUDES THE PUBLIC'S RIGHT TO THE HONEST SERVICES OF GOVERNMENT OFFICIALS.[4]

THE PUBLIC CAN BE DEPRIVED OF THE HONEST SERVICES OF A PUBLIC OFFICIAL IN VARIOUS WAYS. FOR EXAMPLE, A PUBLIC OFFICIAL MAY BE INFLUENCED OR OTHERWISE IMPROPERLY AFFECTED IN THE PERFORMANCE OF HIS DUTIES OR THE OFFICIAL CAN FAIL TO DISCLOSE A CONFLICT OF INTEREST RESULTING IN PERSONAL GAIN. THE COMMON FEATURE OF ANY SUCH SCHEME IS AN INTENT ON THE PART OF A PARTICIPANT IN THE SCHEME THAT A PUBLIC

---

[3] United States v. Sawyer, 239 F.3d 31, 40, 46 (1st Cir. 2001); First Circuit Pattern Jury Instructions, § 4.18.1341., cmt. (3).

[4] United States v. Sawyer, 85 F.3d 713, 723-24 (1st Cir. 1996); United States v. Allard, 926 F.2d 1237, 1242 (1st Cir. 1991) (A scheme to defraud is "a plan that if carried out would constitute a fraud")(emphasis in original); First Circuit Pattern Jury Instructions § 4.18.1341.

OFFICIAL MAKE A DECISION BASED UPON HIS PERSONAL INTERESTS. THE PUBLIC CAN BE DEPRIVED OF HONEST SERVICES EVEN IF THERE IS NO TANGIBLE LOSS TO THE PUBLIC.[5]

TITLE 18, SECTIONS 1341 AND 1346 OF THE UNITED STATES CODE REQUIRE THAT THE DEFENDANT ACTED WITH THE SPECIFIC INTENT TO DEFRAUD. THE TERM "INTENT TO DEFRAUD" GENERALLY MEANS THE INTENT TO DECEIVE FOR THE PURPOSE OF CAUSING GAIN TO ONE'S SELF OR ANOTHER OR CAUSING LOSS TO ANOTHER.

HERE, THE GOVERNMENT MUST PROVE TWO (2) KINDS OF INTENT. FIRST, THE GOVERNMENT MUST PROVE BEYOND A REASONABLE DOUBT THAT THE DEFENDANT INTENDED TO DEPRIVE THE PUBLIC OF THE OFFICIAL'S HONEST SERVICES. SECOND, THE GOVERNMENT MUST PROVE THAT THE DEFENDANT INTENDED TO DECEIVE THE PUBLIC WITH RESPECT TO HIS, THAT IS, THE DEFENDANT'S CONDUCT. THE INTENT TO DEPRIVE THE PUBLIC OF HONEST SERVICES AND THE INTENT TO DECEIVE MAY BE PROVEN BY CIRCUMSTANTIAL EVIDENCE.[6]

---

[5] United States v. Sawyer, 239 F.3d 31, 40 (1st Cir. 2001); United States v. Sawyer, 85 F.3d 713, 724 (1st Cir. 1996)("undisclosed, biased decision making for personal gain, whether or not tangible loss to the public is shown, constitutes a deprivation of honest services.").

[6] First Circuit Pattern Jury Instructions, § 4.18.1341, cmt (3);United States v. Sawyer, 239 F.3d 31, 41, 46-47 (1st Cir. 2001).