**News Release**

**U.S. Department of Justice**
***United States Attorney***
***District of Rhode Island***

**September 8, 2006**

# Statement of U.S. Attorney Robert Clark Corrente on the Affirmance of the convictions in U.S. V. Potter, et. al.

The U.S. Court of Appeals for the First Circuit today affirmed the convictions of Nigel Potter, Daniel Bucci, and the company that used to operate the Lincoln Park race track for a conspiracy to bribe the Speaker of the Rhode Island House of Representatives.

United States Attorney Robert Clark Corrente hailed the decision. "We're gratified that the Court of Appeals has upheld the convictions," U.S. Attorney Corrente said. "Based on the evidence, the Court rightly concluded that '...the outcome is not a surprise.'" Today's opinion reaffirms the message to political figures and to those who do business with them – we will make room in federal prison for those who would buy or sell political influence in Rhode Island."

***

The First Circuit decision comes a month after the Circuit heard oral arguments on the appeal and 11 months after Potter and Bucci were sentenced to prison for the scheme, which was intended to garner favorable treatment for Lincoln Park in the General Assembly and elsewhere

In August 2005, a federal jury found Potter, Bucci, and the corporation guilty of a conspiracy to bribe the former speaker in an attempt to obtain approval for more VLTs at Lincoln Park and to forestall efforts by the Narragansett Indian Tribe to obtain approval for a gambling casino.

At the trial, which was held in Worcester, Massachusetts, Assistant U.S. Attorneys Craig N. Moore and Lee H. Vilker presented evidence that, in a series of transatlantic faxes and

*-more-*

meetings, Potter and Bucci discussed bribing the speaker through his law partner, who did legal work for Lincoln Park. The evidence showed that the proposed payment, which grew from one to four million dollars, was intended to sway official decisions in favor of Lincoln Park in its pursuit of additional VLTs and in its opposition to an Indian casino. Potter and Bucci cloaked the proposed bribe in various euphemisms, calling it an incentive and a bonus.

The jury found Potter guilty of conspiracy and three counts of wire fraud; Bucci guilty of conspiracy and four counts of wire fraud; and Lincoln Park guilty of conspiracy and two counts of wire fraud.

It was the second trial in the case. The first, held in Rhode Island, ended in a mistrial when the jury could not reach a verdict.

In October 2005, U.S. District Court Judge Mary M. Lisi sentenced Potter, former CEO of Wembley, PLC to 36 months in federal prison and Bucci, former CEO of Lincoln Park, Inc. to 41 months Judge Lisi also fined Potter and Bucci $75,000 each and imposed a $1.5 million fine against the corporate descendant of Lincoln Park, Inc, which operated the track during the time of the scheme.

The **Federal Bureau of Investigation** led the investigation. Assistant U.S. Attorneys Moore, Vilker, and Peter F. Neronha prosecuted it. Assistant U.S. Attorney Vilker represented the government at the sentencing hearings.

*-30-*

Contact: 401-709-5032 Thomas.connell@usdoj.gov

**Find news and information on the U.S. Attorney's Web site:**
**http://www.usdoj.gov/usao/ri/**