


Sunday, September 10, 2006, 9:44 pm

**Sunday After News**

Join Frank Carpano for the season premiere of "1st And 10."

Home

Search SITE WEB YELLOWPAGES.COM iVILLAGE

Make Tu

**News**
Local News
National News
Most Popular
Technology
Slideshows
Detective Allen
Station Fire
Plunder Dome
Obituaries
I-Team
Forums

**News**
News
Weather Plus
Video
Traffic
Entertainment
Consumer
Health
People Are Clicking
Community
Sports
Politics
Recipes
Money
Obituaries

**Marketplace**
Health Check 10 Reminders
Classifieds
Wedding Directory
Automotive
Local Jobs
Home & Garden
Apartments
Real Estate
Travel
Shopping
Coupons
Legal Center
Dating
Family
Education
Weddings

News

## Appeals Court Upholds Lincoln Park Convictions

***Slot Parlor, Former Executives Found Guilty Of Plotting Bribe***

POSTED: 4:10 pm EDT September 8, 2006
UPDATED: 6:15 pm EDT September 8, 2006

Email This Story | Print This Story

**Sign Up for Breaking News Alerts**

Enter E-mail Subscribe

**PROVIDENCE --** A federal appeals court on Friday upheld the convictions of two former executives connected to the Lincoln Park slot parlor and dog track who were found guilty of plotting to bribe a powerful lawmaker in exchange for political favors.

The court also affirmed the conviction of the company that used to operate Lincoln Park.

Nigel Potter and Daniel Bucci were convicted last year of conspiring in 2000 and 2001 to pay up to $4 million to the law firm of former Rhode Island House Speaker John Harwood.

Are You Paying Too Much For Auto Insurance?

Yes No
Yes No
Yes No

Get Quotes!

Prosecutors said the executives hoped to win support for more gambling machines at Lincoln Park and to block approval of a rival casino being proposed by the Narragansett Indian tribe.

Defense lawyers said the executives had only preliminary discussions about the money and never agreed to carry out an illegal scheme.

They also said the payments, which the men discussed in a series of faxed messages, were actually intended as a performance bonus or retainer fee to Daniel McKinnon, Harwood's law partner and a lawyer for Lincoln Park.

But the 1st U.S. Circuit Court of Appeals in Boston, in a ruling issued Friday, said the evidence was clear that Harwood was the real target of the payments and that the executives used deliberately coded language in their faxes to conceal their true intent.

The large sum of money involved in the case suggests that Bucci and Potter were explicitly attempting to influence Statehouse legislation, the court said.

"We think a reasonable jury could infer that Potter and Bucci expected some of the money to reach Harwood -- a partner in the firm -- even if they did not know the precise way in which the money would reach him," the opinion said.

No money was ever paid, and neither McKinnon nor Harwood was charged.

Bucci, Lincoln Park's former general manager, was sentenced last October to 41 months in prison. Potter, the former chief executive of Wembley PLC, which until last year was Lincoln Park's British parent company, received a three-year prison sentence. The corporate descendant of Lincoln Park Inc., which operated the park during the scheme, was fined $1.5 million.

U.S. Attorney Robert Clark Corrente said he was gratified by the court's decision.

"Today's opinion reaffirms the message to political figures and to those who do business with them -- we will make room in federal prison for those who would buy or sell political influence in Rhode Island," Corrente said in

YELLOWPAGES.COM

Digital Tools
E-mail Alerts
Wireless News
RSS
Games

About Us
NBC 10
Resource Guide
TV Listings

a statement.

John Tarantino, an attorney for the park, said he was disappointed by the ruling. Attorneys for Bucci and Potter did not immediately return calls for comment Friday.

Defense lawyers also objected to a comment made by a federal prosecutor in his rebuttal argument.

The prosecutor urged jurors to "blame" him if they felt the government's case was missing evidence; the appeals court opinion said the comment was a mistake but did not affect the outcome of the trial.

A first trial ended in February 2005 with a federal jury in Providence acquitting the defendants on certain counts and deadlocking on others.

The second trial was relocated to Worcester, Mass., and the defendants were each convicted in August 2005 of conspiracy and several counts of wire fraud.

*Copyright 2006 by The Associated Press. All rights reserved. This material may not be published, broadcast, rewritten or redistributed.*

Sponsored Links

**INVESTools - Investor Education**
Discover how our 5-Step Formula can help you achieve your financial goals through intelligent investment decisions.
*www.investools.com*

**Credit Cards Specials at CreditCards.com**
Compare credit card offers and apply for the card of your choice.
*www.creditcards.com*

**Bad Credit Refinance**
Up to 5 refinance quotes with one form. Serious inquiries only please.
*www.nextag.com*

**Do You Like to Play Casual Games?**
Try RealArcade's GamePass membership - join now, get two games free.
*www.realarcade.com*

**Try the Rhapsody Music Service for Free**
The alternative to buying music. Legal access to 2,000,000+ songs.
*www.rhapsody.com*

Find More:
Search

Credit Center

Free Credit Report

**Top Three Reasons To Check Your Credit:**
**1.** Make sure possible inaccuracies aren't hurting your credit
**2.** Detect potential identity theft
**3.** Stay on top of your credit without hurting your score

See your Free Credit Report online in seconds when you sign up for a free 30-day credit monitoring trial!®

Sponsored by: experian

InternetBroadcasting

Get RSS XML

Internet Broadcasting Systems, Inc.
Click here for the privacy policy, terms of use.
Click here for advertising information.