Rhode Island News

Advertising










# Lincoln Park convictions are upheld

An appellate court rejects arguments that there was insufficient evidence to convict Nigel Potter and Daniel Bucci.

01:00 AM EDT on Saturday, September 9, 2006

**BY STEVE PEOPLES BY SCOTT MAYEROWITZ**
**Projo.com staff writer Journal State House Bureau**

BOSTON -- A federal appeals court yesterday upheld last year's convictions of two former Lincoln Park executives for conspiring to bribe former House Speaker John B. Harwood.

The 1st U.S. Circuit Court of Appeals rejected arguments that there was insufficient evidence to convict Nigel Potter, former CEO of Lincoln Park's British parent company, Wembley plc, and Daniel Bucci, the park's former general manager.

"The trial was well conducted and the outcome is not a surprise," the three-judge panel said.

The decision also upholds a conviction against a limited-liability company remaining from Lincoln Park's former owners.

"Today's opinion reaffirms the message to political figures and to those who do business with them -- we will make room in federal prison for those who would buy or sell political influence in Rhode Island," U.S. Attorney Robert Clark Corrente said.

A federal jury in Worcester last year convicted the three defendants of conspiracy and wire-fraud charges for scheming to bribe Harwood. No bribe was ever made, and Harwood was not charged with a crime.

Prosecutors said the proposed bribes were aimed at securing state approval for more slot machines and blocking a

Advertising



newspaper ads
Search newspaper ads and weekly inserts from The Providence Journal
Cardi's Furniture
Champion Windows
More advertisers...
Commercial Real Estate
shop & subscribe
Shop and subscribe among a

proposed West Warwick casino.

Potter was sentenced to three years in prison, Bucci to three years and five months. The corporation was fined $1.5 million.

Defense lawyers argued that while Bucci and Potter had discussions, they never violated the law because those talks about a payement were preliminary.

The government's case was based primarily on faxes and other company documents showing that in 2000, Bucci began to press Potter to support a payment of up to $4 million to Harwood's law partner, Daniel V. McKinnon.

The appeals court noted in its decision that Bucci wrote that such a payment was necessary because Lincoln Park had received benefits in "hundreds of millions of additional revenues" due to its "supporters" and would need additional support to advance its interests. Bucci said that though no one had stated "that a quid pro quo is essential," "a wink is as good as a nod to a blind man," and that "we are represented by people who believe it is incumbent upon us to reflect gratitude."

Prosecutors said just by having those discussions, the men executed a bribery scheme.

The appeals court agreed.

"A scheme, after all, may comprise a series of steps and any one of them integral to the scheme can be part of the execution," reads the 35-page decision written by Chief Judge Michael Boudin. "What is necessary is that the fax be sent for the purpose of fostering that execution."

In appealing, the defendants sought acquittal or a new trial. The federal court soundly rejected the request.

"Given the sum involved in this case," the decision says, "its contingent character and the link to specific legislative ends, a jury could easily have found that this was a heartland quid pro quo case. Indeed . . . a reasonable jury could hardly find otherwise."

speoples@projo.com / (401) 277-7459

smayerow@projo.com / (401) 277-7513

variety of services
Archives | My-Netlink
Front Page | Ticket Center
Store

**More headlines...**
The healing power of listening
R.I. gets failing grade for college affordability
Benefit to help families of slaying victims
BlackBerry's shiny new Pearl combines video, music, e-mail
Derderian lawyer to focus on Biechele
**More...**

**ARTICLE TOOLS:** Print it | Discuss it | E-mail it to a friend | Most e-mailed stories
**ARCHIVES: Search for related articles:**
Search

Case 1:06-cr-00002-ML-DLM Document 154-7 Filed 09/10/2006 Page 3 of 3

**Get The Providence Journal delivered to your home or office. Subscribe now.**

Advertising
Sign up for Online Education Join Now
Today's Education
University of Phoenix
aiu Online Point your career upward
FMU ONLINE Florida Metropolitan University
ATSU A.T. Still University
ACADEMY of ART UNIVERSITY
Everest College Online

**Table of Contents**

Home page
PROJOCLASSIFIEDS | PROJOCARS | PROJOHOMES | PROJOJOBS | OBITUARIES | IN MEMORIAMS
Rhode Island News | Business | Lifebeat | Multimedia | National / World news | Opinion | Sports | Weather | Your Turn

Help Center | Contact Us | Terms of Service | Privacy | Advertising | About Us

News tip: (401) 277-7303 | Classifieds: (401) 277-7700 | Display advertising: (401) 277-8000 | Subscriptions: (401) 277-7600
© 2006, Published by The Providence Journal Co., 75 Fountain St., Providence, RI 02902.