**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| **v.** | ) | **CRIMINAL NO. 06-02-01-T** |
| **ROBERT A. URCIUOLI,**<br>**FRANCES P. DRISCOLL, and**<br>**PETER J. SANGERMANO, JR.** | ) | |

**MEMORANDUM OF LAW IN SUPPORT OF**
**DEFENDANT PETER J. SANGERMANO, JR.'S**
**MOTION FOR JUDGMENT OF ACQUITTAL**

NOW COMES Defendant Peter J. Sangermano, Jr. ("Mr. Sangermano") and respectfully moves, pursuant to Fed. R. Crim. P. 29(a), that this Court grant him a judgment for acquittal. In support of this Motion, Defendants rely on their accompanying Memorandum of Law, submitted herewith and incorporated by reference.

WHEREFORE, Defendant Peter J. Sangermano, Jr. respectfully requests that this Court grant him a judgment for acquittal.

Respectfully submitted,

PETER J. SANGERMANO, JR.,
By his attorneys,

/s/ Evan Georgopoulos

James P. Redding (Bar No. 2976)
A. John Pappalardo
Evan Georgopoulos
GREENBERG TRAURIG, LLP
One International Place
Boston, MA 02110
(617) 310-6000
reddingj@gtlaw.com
pappalardoj@gtlaw.com

georgopoulose@gtlaw.com

Dated: September 28, 2006

**CERTIFICATION**

I hereby certify that on September 28, 2006 a copy of the foregoing was electronically filed and served by mail upon counsel unable to accept electronic filing. Notice of this filing shall be sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

____/s/ Evan Georgopoulos______
Evan Georgopoulos