**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| **v.** | ) | **CRIMINAL NO. 06-02-01-T** |
| **ROBERT A. URCIUOLI,** <br> **FRANCES P. DRISCOLL, and** <br> **PETER J. SANGERMANO, JR.** | ) | |

**DEFENDANT PETER J. SANGERMANO, JR.'S**
**<u>MOTION FOR RETURN OF PASSPORT</u>**

NOW COMES Defendant Peter J. Sangermano, Jr. ("Mr. Sangermano") and respectfully moves that this Court return his passport to his possession. In support of this Motion, Mr. Sangermano states that on Friday October 13, 2006 he was acquitted by the jury in the above-referenced matter of all charges against him. As a result, his passport should be released from the control of the probation department and rightfully returned to his possession.

WHEREFORE, Defendant Peter J. Sangermano, Jr. respectfully requests that this Court return his passport to his possession.

Respectfully submitted,

PETER J. SANGERMANO, JR.,
By his attorneys,

____/s/ Evan Georgopoulos______

James P. Redding (Bar No. 2976)
A. John Pappalardo
Evan Georgopoulos
GREENBERG TRAURIG, LLP
One International Place
Boston, MA 02110
(617) 310-6000
reddingj@gtlaw.com
pappalardoj@gtlaw.com

georgopoulose@gtlaw.com

Dated: October 13, 2006

**CERTIFICATION**

I hereby certify that on October 13, 2006 a copy of the foregoing was electronically filed and served by mail upon counsel unable to accept electronic filing. Notice of this filing shall be sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

____/s/ Evan Georgopoulos______
Evan Georgopoulos