AO 245A (Rev. 7/87) Judgment of Acquittal

# United States District Court

## *District of Rhode Island*

**UNITED STATES OF AMERICA** JUDGMENT OF ACQUITTAL

v.

PETER J. SANGERMANO, JR. CASE NUMBER: CR06-02-03T

The Defendant was found not guilty. IT IS ORDERED that the Defendant is acquitted, discharged, and any bond exonerated.

COUNT I - Acquitted by Jury Verdict; COUNTS III through XXXVIII - Acquitted by Jury Verdict

Ernest C Torres

Signature of Judicial Officer

Ernest C. Torres, Chief Judge

Name and Title of Judicial Officer

10/17/06

Date

This form was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.