AO 435 (Rev. 12/03)

Administrative Office of the United States Courts

**TRANSCRIPT ORDER**

*Please Read Instructions above*

**FOR COURT USE ONLY**

**DUE DATE:**

| | | |
|---|---|---|
| 1. NAME LUIS M. MATOS, AUSA | 2. PHONE NUMBER | 3. DATE 1/17/2007 |
| 4. MAILING ADDRESS USAO, 50 KENNEDY PLAZA, 8TH FLOOR | 5. CITY PROVIDENCE | 6. STATE RI / 7. ZIP CODE 02903 |
| 8. CASE NUMBER CR06-02T / 9. JUDGE TORRES | DATES OF PROCEEDINGS 10. FROM 9/12/2006 | 11. 9/20/2006 |
| 12. CASE NAME U.S. V. URCIUOLI, ET ALS. | LOCATION OF PROCEEDINGS 13. USDC-PROVIDENCE | 14. |

15. ORDER FOR
☐ APPEAL ☐ NON-APPEAL ☒ CRIMINAL ☐ CIVIL ☐ CRIMINAL JUSTICE ACT ☐ IN FORMA PAUPERIS ☐ BANKRUPTCY ☐ OTHER

16. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| VOIR DIRE | | ☒ TESTIMONY (Specify Witness) | |
| OPENING STATEMENT (Plaintiff) | | JOHN A. CELONA | |
| OPENING STATEMENT | | * ASCII DISKETTE * | |
| CLOSING ARGUMENT (Plaintiff) | | ☐ PRE-TRIAL PROCEEDING | |
| CLOSING ARGUMENT (Defendant) | | | |
| OPINION OF COURT | | | |
| JURY INSTRUCTIONS | | ☐ OTHER (Specify) | |
| SENTENCING | | | |
| BAIL HEARING | | | |

17. ORDER

| CATEGORY | ORIGINAL (Includes Free Copy for the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | ☒ | ☐ | NO. OF COPIES | | 660.00 |
| EXPEDITED | ☐ | ☐ | NO. OF COPIES | | |
| DAILY | ☐ | ☐ | NO. OF COPIES | | |
| HOURLY | ☐ | ☐ | NO. OF COPIES | | |

CERTIFICATION (18. & 19.) By signing below, I certify that I will pay all charges (deposit plus additional).

ESTIMATE TOTAL 660.00

18. SIGNATURE LUIS M. MATOS, AUSA

19. DATE JANUARY 17, 2007

TRANSCRIPT TO BE PREPARED BY

PROCESSED BY

PHONE NUMBER

COURT ADDRESS

| | DATE | BY |
|---|---|---|
| ORDER RECEIVED | | |
| DEPOSIT PAID | | |
| TRANSCRIPT ORDERED | | |
| TRANSCRIPT RECEIVED | | |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | |
| PARTY RECEIVED TRANSCRIPT | | |

| | |
|---|---|
| DEPOSIT PAID | |
| TOTAL CHARGES | 0.00 |
| LESS DEPOSIT | |
| TOTAL REFUNDED | |
| TOTAL DUE | |

(Previous editions of this form may still be used)

**DISTRIBUTION:** COURT COPY TRANSCRIPTION COPY ORDER RECEIPT ORDER COPY

DCN# G7072809Z