UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

United States of America

v. CA No. 06-02S

Robert A. Urciuoli, et al

**ORDER OF RECUSAL**

I hereby recuse myself from participation in this litigation.

By Order:

Deputy Clerk

ENTER:

William E. Smith
U.S. District Judge

Date: 2/19/08