UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA :
:
v. : Cr. No. 06-02- ML
:
ROBERT A. URCIUOLI and :
FRANCES P. DRISCOLL :

**DEFENDANT ROBERT A. URCIUOLI'S MOTION FOR LEAVE TO TRAVEL**

Now comes the Defendant, Robert Urciuoli, and respectfully requests that this Honorable Court permit him to travel to the following states on the following dates this summer: Maine from June 11 through 13, 2008; and Illinois from June 25 through 29, 2008.

In support of his motion, the Defendant states:

1. The First Circuit Court of Appeals has overturned Mr. Urciuoli's conviction. Therefore, he is now presumed innocent.

2. Mr. Urciuoli and his wife have been invited to spend some time with close, longtime, family friends in Maine and Illinois this summer. They have regularly visited these friends in past years, although they were not permitted to travel last summer due to Mr. Urciuoli's conviction. Mr. Urciuoli is now presumed innocent.

3. In addition to spending time with their longtime friends, Mr. Urciuoli will be meeting with a potential headhunter to assist with his employment search while in Illinois.

4. Mr. Urciuoli has been subject to pre-trial and post-trial release conditions for more than two years now. During that period, Mr. Urciuoli has been permitted by the Court to travel to California and New York, in addition to Rhode Island, Massachusetts, and Florida. *Never once* has Mr. Urciuoli violated a term of his release.

5. Mr. Urciuoli does not pose a risk of harm, nor is he a flight risk.

Wherefore, Mr. Urciuoli requests that his conditions of pre-trial release be modified so as to permit him to travel to Maine and Illinois with his wife on the dates listed above.

Respectfully submitted,
By his attorney,

/s/ Kristie M. Passalacqua
Kristie M. Passalacqua (R.I. Bar No. 6945)
Hinckley, Allen & Snyder LLP
1500 Fleet Center
Providence, RI 02903
(401) 274-2000
(401) 277-9600 (fax)
kpassalacqua@haslaw.com

Dated: April 25, 2008

**CERTIFICATION**

I hereby certify that on April 25, 2008, a copy of the foregoing Motion For Leave to Travel was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ Kristie M. Passalacqua