(Effective 3/17/2008)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF RHODE ISLAND

United States
Plaintiff(s)

v. Dkt. No. Cr. No. 06-02-ML

Robert A. Urciuoli
Defendant(s)

**MOTION FOR ADMISSION PRO HAC VICE**

~~Plaintiff~~/Defendant Robert A. Urciuoli hereby moves that Howard M. Cooper (MA BBO# 543842) be admitted PRO HAC VICE in the above case as counsel with local counsel identified below.

Signature of Pro Hac Vice Applicant

I hereby certify that I have reviewed the Application for Pro Hac Vice Admission that is being submitted with the application fee, and I join in the foregoing motion. I acknowledge and agree to observe the requirements of LR Gen 204 in its entirety and as it relates to the participation and responsibilities of local counsel.

Signature of Local Counsel

Kristie M. Passalacqua
Print Name

Hinckley, Allen & Snyder LLP
Firm and Business Address

50 Kennedy Plaza, Suite 1500

Providence, RI 02903

RI Bar ID # 6945

Email: kpassalacqua@haslaw.com

Tel. # 401-274-2000

Fax # 401-277-9600

---

**ORDER**

This motion is hereby _____ GRANTED _____ DENIED

District Judge

Date

## CERTIFICATION

I hereby certify that on July 23, 2008, a copy of foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

/s/ Kristie M. Passalacqua
Kristie M. Passalacqua, Bar No. 6945
Hinckley, Allen & Snyder LLP
1500 Fleet Center
Providence, RI 02903
(401) 274-2000
(401) 277-9600 (fax)
kpassalacqua@haslaw.com