UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | CR 06-02MML |
| | : | |
| ROBERT A. URCIUOLI and<br>FRANCES P. DRISCOLL | :<br>: | |

**UNITED STATES' OBJECTION TO DEFENDANT FRANCES DRISCOLL'S MOTION IN LIMINE TO PRECLUDE SUGGESTION OR ARGUMENT THAT JOHN CELONA DID NOT PERFORM HIS CONTRACT FOR ELDERLY OUTREACH**

Defendant Frances Driscoll has moved the Court *in limine* to preclude the government from arguing or suggesting that John Celona did not perform his contract for elderly outreach. Defendant bases her argument on her conclusion that Celona testified at the first trial "that he fully performed his consulting contract to the best of his ability." Defendant's motion is especially ironic since she has previously moved this Court to preclude John Celona's testimony because John Celona "is an inveterate liar." Driscoll Supplemental Motion to Preclude John Celona Testimony at 2. It also ignores Celona's testimony that, initially, he tried to do some work for the Village despite that fact that he knew the true reason for his hire and that, over time, activities on behalf of the Village tailed off dramatically. See e.g. Appendix A to Defendant's Motion. Apparently, Ms. Driscoll nonetheless feels she should be able to rely on Celona's testimony when it suits her case.

The United States respectfully submits that it intends to make its arguments to the jury based upon the evidence at trial. There is no need for the Court to act upon defendant's premature and unsupported motion at this stage.

Respectfully submitted,

ROBERT CLARK CORRENTE
United States Attorney

/s/ Luis M. Matos
LUIS M. MATOS
First Assistant U.S. Attorney
United States Attorney's Office
50 Kennedy Plaza
Providence, RI 02903
(401) 709-5000 - phone
(401) 709-5001 - fax
luis.matos@usdoj.gov

/s/ Dulce Donovan
DULCE DONOVAN
Assistant U.S. Attorney
United States Attorney's Office
50 Kennedy Plaza
Providence, RI 02903
(401) 709-5000 - phone
(401) 709-5001 - fax
dulce.donovan@usdoj.gov

**CERTIFICATION**

I hereby certify that on August 22, 2008, I electronically filed this Objection with the Clerk of the US District Court for the District of Rhode Island using the CM/ECF System. The following participants have received notice electronically:

Kristie M. Passalacqua, Esq.
Michael Connolly, Esq.
Joseph Whelan, Esq.
Hinckley, Allen & Snyder
1500 Fleet Center
Providence, RI 02903

Howard Cooper, Esq.
Todd & Weld, LLP
28 State Street
Boston, MA 02109

John A. MacFadyen, Esq.
MacFadyen, Gescheidt & O'Brien
101 Dyer Street
Providence, RI 02903

Kevin Bristow, Esq.
76 Westminster Street
Providence, RI 02903

Larry Tipton
One Center Place, Suite 220
Boston, MA 02108

/s/ Luis M. Matos